UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CLAUDIO DAREZZO,                                                       :
:
:
                       Plaintiff,                                       :
:       24 Civ. 5686 (JPC)
      -v-                                                           :
:       <u>ORDER</u>
BLACK FOX COFFEE 45 EAST 45TH LLC and RHC   :
OPERATING LLC,                                                          :
:
                       Defendants.                                    :
                                                                   X
-----------------------------------------------------------------------
JOHN P. CRONAN, United States District Judge:

        Defendant RHC Operating LLC was served with a Summons and the Complaint on August 5, 2024, making its deadline to respond August 26, 2024.  *See* Dkt. 7.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant RHC Operating LLC.  Accordingly, the Court adjourns *sua sponte* Defendant RHC Operating LLC's deadline to respond to the Complaint until September 13, 2024.  If Defendant RHC Operating LLC once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by September 17, 2024.

        SO ORDERED.

Dated: August 30, 2024
       New York, New York
                                                 JOHN P. CRONAN
                                          United States District Judge