UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CLAUDIO DAREZZO, :
:
:
Plaintiff, :
: 24 Civ. 5686 (JPC)
-v- :
: <u>ORDER</u>
:
BLACK FOX COFFEE 45 EAST 45TH LLC and RHC :
OPERATING LLC, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 5, 2024, the Court extended Defendants' deadline to respond to the Complaint to December 8, 2024. Dkt. 20. That deadline has passed, and the docket does not reflect a response from either Defendant. Accordingly, the Court adjourns *sua sponte* Defendants' deadline to respond to the Complaint until December 17, 2024. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by December 20, 2024.

SO ORDERED.

Dated: December 10, 2024
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge